**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| SUKHVEER SINGH,<br><br>                  Petitioner,<br><br>        v.<br><br> MARK BOWEN, et. al.,<br><br>                  Respondents. | Case No. EDCV 26-0212-RGK (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND**<br><br>**RECOMMENDATIONS OF UNITED**<br><br>**STATES MAGISTRTE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the attached Report and Recommendation ("R&R") of United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation ("R&R") to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

Respondents' Objections contend that the relief due to Petitioner, if any, is a bond hearing rather than immediate release

from custody. However, for the reasons stated in the R&R, Petitioner's constitutional right to due process was violated when he, having previously been released on his own recognizance, was re-detained without notice or a pre-detention hearing. That violation cannot adequately be remedied by a post-deprivation bond hearing. Respondents' belated exhaustion argument therefore misses the point; clearly administrative exhaustion would be futile here. Moreover, although Respondents now complain that the Magistrate Judge recommended release on an incomplete record, Respondents notably neglected to supplement that record or rebut any of Petitioner's allegations at any point, either in their Answer or at the status conference held before the Magistrate Judge on March 6, 2026. While they belatedly attempt to do so in their Objections, they still provide no facts to undermine the Magistrate Judge's conclusion that Petitioner was entitled to notice and a hearing before being re-detained, and immediate release is warranted as a result.

In sum, Respondents' Objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

**IT IS ORDERED** that Judgment be entered granting the Petition and ordering Respondents to immediately release Petitioner under the same conditions to which he was subject prior to his re-detention.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

DATED: March 13, 2026

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE